United States District Court
for the
Northern District of New York

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST | ) |
| | ) Civil Action No. 17-CV-152 (DNH/ATB) |
| Plaintiff | ) |
| v. | ) ORDER OF DISCONTINUANCE OF ACTION AND CANCELLATION OF NOTICE OF PENDENCY |
| LAZARUS SIMS, | ) |
| Defendant(s) | ) |

UPON the reading and filing of the Notice of Motion dated May __18__, 2017, by Plaintiff's Counsel, Gross Polowy, LLC, Steven Rosenfeld, Esq., for an Order Discontinuing this Action and Cancelling Notice of Pendency,

AND, upon the Affirmation of Steven Rosenfeld, Esq., dated May __18__, 2017, setting forth the basis for the relief requested herein,

AND, after having heard __nothing__ in opposition of said Motion, it is hereby

**ORDERED**, that the Plaintiff's Motion to Discontinue Action and Cancel Notice of Pendency, is granted in all respects; and it is further

**ORDERED**, that the above entitled action, and all causes of action alleged therein, and any and all counterclaims and cross claims, be and the same hereby are discontinued without costs to either party as against the other; and it is further

**ORDERED**, that the County Clerk of Onondaga County is directed, upon payment of proper fees, if any, to cancel and discharge a certain Notice of Pendency filed in this action on February 16, 2017 and any predecessor filing, against property known as Section 071., Block 04, Lot 09.0 and also known as 141 CORDOVA STREET, SYRACUSE, NY 13205, and said Clerk is hereby directed to enter upon the margin of the record of the same a Notice of Cancellation referring to this Order.

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: May 22, 2017
Utica, NY